**SCHWARTZ, CONROY & HACK, PC**

Making Insurance Companies Keep Their Promises

July 15, 2019

VIA ECF

Honorable James Orenstein, U.S.M.J.
US District Court
Eastern District of New York
Brooklyn, NY 11201

    Re:    *GEICO v. Lexington Medical Diagnostic Services, P.C., et al.*
            EDNY Case No.: 18-cv-2990 (NGG)(JO)

Dear Judge Orenstein:

This firm has been retained to represent Akiva Ofshtein in connection with the subpoena issued to him by the Plaintiff and the Court Order dated July 11, 2019.

Your Order directs that Mr. Ofshtein file a letter with the Court naming each person with knowledge of his office's representation of Dr. Nadal. Those individuals are: Akiva Ofshtein, Esq. (President and sole shareholder) and Michael Lamond (Managing Attorney). Both will appear on Thursday July 2019 at 2:00 p.m. as directed by your Order.

I have communicated separately with Plaintiff's counsel and provided to them a copy of the Engagement Letter between Dr. Nadal and my client from 2016.

Thank you for your immediate attention to this matter.

Very truly yours,

/s/ Matthew J. Conroy

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.800.745.1755 | Fax: 516.745.0844