| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>         U.S. Magistrate Judge | Date:  7/18/2019<br>Time:  2:00 p.m. |

*Government Employees Insurance Company, et al. v. Lexington Medical Diagnostic Services, P.C., et al.*
18-CV-2990 (NGG) (JO)

Type of Conference:  Hearing

Appearances:  Plaintiffs                                   Shaun M. Malone
              Defendants                                  Christopher A. Villanti
              Witnesses Ofshtein and Lamond    Matthew J. Conroy

Scheduling: There are no further conferences scheduled before me at this time.

Summary: Defendant Nadel again failed to appear as required. Witnesses Akiva Ofshtein, Michael Lamond, and Stephen M. Cohen all testified. After hearing their testimony about their lack of contact with their client Dr. Nadel, I granted the defendants' counsel's motion to withdraw. The corporate defendants shall appear through new counsel, and defendant Nadel shall appear *pro se* or through new counsel, by August 1, 2019. As to any defendant who does not so appear, the plaintiffs shall promptly seek a default if they wish to continue prosecuting their claims.

SO ORDERED

/s/
James Orenstein
U.S. Magistrate Judge