

**BRUNO GERBINO & SORIANO** LLP

SHAUN M. MALONE
SENIOR ASSOCIATE

SMALONE@BGSLAW-NY.COM
EXT. 110
ADMITTED IN NY

445 Broad Hollow Road
Suite 220
Melville, New York 11747
P: 631.390.0010
F: 631.393.5497

www.bgslaw-ny.com

July 23, 2019

Lester Nadel, M.D.
40 1st Avenue, Apt. 6B
New York, New York 10009
    -and-
11 Beechwood Road
Bedford Hills, New York 10507
    -and-
63 East Sherbrooke Parkway
Livingston, New Jersey 07039
    -and-
2005 Fort Street, Apt. 102
Plattsburgh, New York 12901
    -and-
2005 Fort Street, Apt. 102
Montreal, Quebec H3H2C7
    -and-
lester.nadel@yahoo.com
    -and-
lnadel@yahoo.com
    -and-
ilvjazz@aol.com
    -and-
lesternadel@netzero.com
    -and-
lesternadel@yahoo.com

Lexington Medical Diagnostic Services, P.C.
2754 Coney Island Avenue
Brooklyn, New York 11235
    -and-
Nicole Ti
"Bookeeper"
arb.nicole11@gmail.com

445 Broad Hollow Road
Suite 220
Melville, New York 11747
P: 631.390.0010/F: 631.393.5497

70 Hilltop Road
Suite 1005
Ramsey, New Jersey 07446
P: 201.995.1394/F: 201.995.1398

13 East Mohawk Street
Suite 200
Buffalo, New York 14203
P: 631.390.0010/F: 631.393.5497

Page 2 - July 23, 2019

LN Medical Diagnostic, P.C.
2167 East 21st Street
Brooklyn, New York 11229
    -and-
Nicole Ti
"Bookeeper"
arb.nicole11@gmail.com

    Re:    **GEICO v. Lexington Medical Diagnostic Services, PC et al.**
           **Date of Loss: Multi**
           **Eastern District of New York Docket No: 2:18-CV-2990**
           <u>**BG&S File No: 125-3019**</u>

Dear Dr. Nadel:

    Attached hereto is a true copy of the July 18, 2019 Order of the Honorable James Orenstein, U.S.M.J. granting the motion of Petroff Amshen LLP to be relieved as counsel for Lester Nadel, M.D., Lexington Medical Diagnostic Services, P.C. and LN Medical Diagnostic Services, P.C., the defendants in the above-noted action. Note that Judge Orenstein has also directed Lester Nadel, M.D., Lexington Medical Diagnostic Services, P.C. and LN Medical Diagnostic Services, P.C. to appear in this case either pro se or through new legal counsel. If any of those defendants do not appear by that date, said defendant(s) may be subject to being held in default by the Court.

    Please guide yourselves accordingly.

                                                         Very truly yours,

                                                         Shaun M. Malone

SMM/



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Docket No.: 2:18-cv-2990
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
COMPANY,

                              Plaintiffs,

     -against-

LEXINGTON MEDICAL DIAGNOSTIC SERVICES, P.C.,
et al.,

                              Defendants.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on the 23rd day of July, 2019, the attached Notice of the Order dated July 18, 2019 with a copy of the Order was served by depositing the same in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the last known addresses of the following and delivered via e-mail to the following:

Lester Nadel, M.D.
40 1st Avenue, Apt. 6B
New York, New York 10009
     -and-
11 Beechwood Road
Bedford Hills, New York 10507
     -and-
63 East Sherbrooke Parkway
Livingston, New Jersey 07039
     -and-
2005 Fort Street, Apt. 102
Plattsburgh, New York 12901
     -and-
2005 Fort Street, Apt. 102
Montreal, Quebec H3H2C7
     -and-
lester.nadel@yahoo.com
     -and-
lnadel@yahoo.com
     -and-

ilvjazz@aol.com
    -and-
lesternadel@netzero.com
    -and-
lesternadel@yahoo.com

Lexington Medical Diagnostic Services, P.C.
2754 Coney Island Avenue
Brooklyn, New York 11235
    -and-
Nicole Ti
"Bookeeper"
arb.nicole11@gmail.com

LN Medical Diagnostic, P.C.
2167 East 21st Street
Brooklyn, New York 11229
    -and-
Nicole Ti
"Bookeeper"
arb.nicole11@gmail.com

**BRUNO, GERBINO & SORIANO, LLP**

By: _/s/ Shaun M. Malone_
    Shaun M. Malone (SM1543)
445 Broad Hollow Road
Melville, New York 11747
(631) 390-0010
(631) 393-5497 – *facsimile*
mcallinan@bgslaw-ny.com